```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

ANTHONY L. HANSON,                    :
                                      :
     Plaintiff,                       :
                                      :
vs.                                   :
                                      :    CIVIL ACTION 13-0443-M
CAROLYN W. COLVIN,                    :
Social Security Commissioner,         :
                                      :
     Defendant.                       :
```

                              JUDGMENT


In accordance with the Order entered this date, it is

**ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Anthony L. Hansford and against Defendant Carolyn W. Colvin.

DONE this 23rd day of June, 2014.


                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE