IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTHONY L. HANSON,                        :
                                          :
        Plaintiff,                        :
                                          :
vs.                                       :       CIVIL ACTION 13-0443-M
                                          :
CAROLYN W. COLVIN,                        :
Commission of Social Security,            :
                                          :
        Defendant.                        :


                            JUDGMENT


        In accordance with the Order entered this date, it is

**ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor

of Plaintiff Anthony L. Hanson and against Defendant Carolyn W.

Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA

attorney's fee in the amount of $3,585.41.

        DONE this 28th day of October, 2014.



                            s/BERT W. MILLING, JR.
                            UNITED STATES MAGISTRATE JUDGE